IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 11-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Noel Alejandro Valdovines,
3. Samuel Retano-Gradilla,

    Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED September 20, 2011.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2011

GREGORY C. LANGHAM
    CLERK